■ ANDREW KIRKPATRICK, Appellant, v. JOSEPH P. BLITZ, INC., et al., Respondents. JOSEPH P. BLITZ, INC. et al., Third-Party Plaintiffs-Respondents-Appellants, v. HARRIS STRUCTURAL STEEL CO., INC., Third-Party Defendant-Respondent.— Motion by respondents to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ GEORGE KELLINGTON, Appellant, v. CITY OF NEW YORK et al., Respondents.— Motion by respondent Dragone to dismiss appeal granted; appeal dismissed as to said respondent. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ RHEA SCHOCTEL et al., Appellants, v. MANHASSET CANDELIGHT CORPORATION, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KENNY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y., is assigned as counsel to prosecute the appeal. Pursuant to statute (Code Crim. Pro., § 456, as amd. by L. 1962, ch. 889), the Clerk of the court is directed to furnish without charge, to appellant's assigned counsel, a transcript of the minutes of trial. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ JEAN MARDER, Respondent, v. BETTY'S BEAUTY SHOPPE, Appellant. AARON H. GARFINKEL, Appearing Specially.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term of the Supreme Court, granted. On the court's own motion, the restitution by the plaintiff, which was directed by the Appellate Term, is stayed, pending appeal to this court, on condition that, within 10 days after entry of the order hereon, plaintiff shall serve and file a notice of appeal pursuant to the leave hereby granted; and on the further condition that, together with such notice of appeal, plaintiff shall also serve and file an undertaking, for $1,000, with corporate surety, to pay to defendant the sum previously collected on execution, interest thereon, and the costs of this appeal in the event the order appealed from be affirmed in whole or in part or in the event the appeal be dismissed. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ WAL-KAR MANUFACTURING CO., INC., Respondent, v. PETER MOSCA et al., Defendants, and EMILIO GOLISANO, Appellant.— Motion by appellant for a stay of all proceedings in the action, pending appeal from two orders, granted on condition: (1) that appellant perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963; and (2) that, within 10 days after entry of the order hereon, appellant shall serve and file an undertaking, with corporate surety, to pay the judgment, the interest thereon and costs in the event that the orders be affirmed in whole or in part or that the appeal therefrom be dismissed. Such undertaking shall be in an amount sufficient to pay the judgment (the amount of which is not disclosed in the moving or opposing papers), the interest and costs. The appeal is ordered on the calendar for said February Term; appellant is directed to serve and file the record and his brief on or before January 4, 1963. Cross motion by respondent to dismiss the appeal from the two orders, denied, with leave to renew on the argument of the appeal. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.